# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LORETTA DARR,** | ) |
| Plaintiff, | ) Case No. 2:23-cv-2164 |
| vs. | ) Judge Sarah D. Morrison |
| | ) Magistrate Judge Elizabeth P. Deavers |
| **A TOUCH OF GRACE HEALTH CARE, INC.,** | ) **ORDER APPROVING SETTLEMENT AND RELEASE AND DISMISSING CASE WITH PREJUDICE** |
| Defendant. | ) |

This matter is before the Court on the Parties Joint Motion for Approval of Settlement and For Dismissal with Prejudice. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties.

Having reviewed the Joint Motion, the Settlement Agreement, and the pleadings and papers on file in this Action, and for good cause established therein, the Court approves the Settlement and finds as follows:

1. The captioned lawsuit asserts individual claims under the under the FLSA, 29 U.S.C. §§ 201, *et seq.*

2. The Court finds that the proposed Settlement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

3. The Court approves the Settlement and Release Agreement, and orders that the Settlement be implemented according to the terms and conditions of the Agreement.

4. The Court dismisses Plaintiffs claims with prejudice and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

5. The Court retains jurisdiction over this action to enforce the terms of the Settlement if necessary.

**SO ORDERED:**

SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE